```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                          CENTRAL DIVISION
                           AT FRANKFORT
```

**CIVIL ACTION NO. 2013-80 (WOB-CJS)**

**DONNA PORTER**                                              **PLAINTIFF**

**VS.**                          **ORDER**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                           **DEFENDANT**


This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 20), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 20) is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the Commissioner's decision is supported by substantial evidence and therefore **affirmed**; that defendant's motion for summary judgment (Doc. 19) is **granted**; that plaintiff's motion for summary judgment (Doc. 17) is **denied**. Judgment to be entered concurrently herewith.

This 10th day of December, 2014.



Signed By:
*William O. Bertelsman* WOB
United States District Judge